IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TREMANE D. CARTHEN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:10-CV-281-WKW [WO] |
| ) | |
| BAPTIST SOUTH ) | |
| MEDICAL CENTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On February 23, 2011, the Magistrate Judge filed a Report and Recommendation in this case to which no timely objections have been filed. (Doc. # 32.) Upon an independent review of the file in this case and upon consideration of the Recommendation it is ORDERED that the Recommendation is ADOPTED as follows:

(1) Defendant Jerry Gurley's Motion to Dismiss (Special Appearance) (Doc. # 20) is GRANTED;

(2) Plaintiff's claims against Defendant Jerry Gurley are DISMISSED without prejudice for lack of subject matter jurisdiction; and

(3) The case is referred back to the Magistrate Judge for additional proceedings.

DONE this 11th day of March, 2011.

                                                         /s/ W. Keith Watkins
                                             UNITED STATES DISTRICT JUDGE